# UNITED STATES DISTRICT COURT
for the

Southern District of Illinois

| | |
|---|---|
| Arlinda Johns Pro,se | ) |
| *Plaintiff(s)* | ) |
| v. | ) Case Number: 16-cv-603-NJR-PMF |
| Continental tires the Americas | ) (To be supplied by Clerk's Office) |
| *Defendant(s)* | ) |

# EMPLOYMENT DISCRIMINATION COMPLAINT

Plaintiff brings a complaint against Continental tires the Americas [defendant(s)] for discrimination as set forth below.

Plaintiff ⊙DOES ○DOES NOT demand a jury trial.

## I. PARTIES

Name and Address of Plaintiff:

Arlinda Johns 3216 Ashland Ave
Knoxville Tn, 37914

Name and Address of Defendant(s):

Continental Tires the Americas
Kim L. Kretzschmar
Senior Counsel
Continental
One Continental Drive
Auburn Hills, Mi 48326

The plaintiff was:

- ○ denied employment by the defendant(s).
- ○ hired and is still employed by the defendant(s).
- ● employed but is no longer employed by the defendant(s).

The alleged discrimination began on or about: Nov 15, 2012 _____ (give month, day, and year).

## II. JURISDICTION

1.  Jurisdiction over this claim is based on 28 U.S.C. § 1331. Plaintiff alleges that the defendant(s) discriminated against Plaintiff because of Plaintiff's:

    - [✓] **Sex** (Title VII of the Civil Rights Act of 1967, as amended, 42 U.S.C. § 2000e-5)
    - [✓] **Race** (Title VII of the Civil Rights Act of 1967, as amended, 42 U.S.C. § 2000e-5, and/or 42 U.S.C. § 1981)
    - [ ] **Age** (The Age Discrimination in Employment Act, 29 U.S.C. § 621)
    - [ ] **Disability** (The Americans with Disabilities Act, 42 U.S.C. § 12101 and/or The Rehabilitation Act, 29 U.S.C. § 701)
    - [ ] **National Origin** (Title VII of the Civil Rights Act of 1967, as amended, 42 U.S.C. § 2000e-5)
    - [ ] **Religion** (Title VII of the Civil Rights Act of 1967, as amended, 42 U.S.C. § 2000e-5)
    - [✓] **Other** (list): sexual orientation

2.  Plaintiff ○ Has ○ Has Not filed a charge before the United States Equal Employment Opportunity Commission (EEOC) relating to this claim of employment discrimination. **[Attach a copy of charge to this complaint].**

    Plaintiff ● Has ○ Has Not filed a charge before the Illinois Department of Human Rights relating to this claim of employment discrimination. **[Attach a copy of charge to this complaint].**

3.  Plaintiff's Right to Sue Notice from the EEOC was received on or about _____ (date). **[Attach a copy of Notice of Right to Sue to this complaint].**

(Rev. 4/2010) -2-

## III. STATEMENT OF LEGAL CLAIM

Plaintiff is entitled to relief in this action because:

The Plaintiff was harassed, threatened, and discriminated against, during the course of her responsibilities as a final finish set up technician at Continental tire, for two years that she was employed there in direct violation of Title 42 USC sect. 2000(e).

## IV. FACTS IN SUPPORT OF CLAIM

State here briefly and clearly as possible the essential facts of your claim. Take time to organize your statement. You may use numbered paragraphs if you find it helpful. Describe precisely how each defendant in this action is involved. Give dates and places. Concentrate on describing as clearly and simply as possible the employment practice you allege to be illegal and how it discriminated against you. It is not necessary to make legal arguments or cite any cases or statutes. In most circumstances, this only makes your claim difficult to understand. As much as possible, let the facts speak for themselves.

1) The plaintiff was employed as a final finish Set up technician at Continental tire From Oct, 2012 to about Oct 28, 2014.
2) The Plaintiff first went to human resources on or about May 2013 talked to Kevin Elko (human resources for truck tires) and presented him with evidence and claims that the plaintiff had gathered over the last few months. The plaintiff expressed to him that her coworkers were calling her Black Dikes, Dumbass, and stated that all the plaintiff needs is some "good dick" or a "good man". She complained specifically about Tim Bays, Tim Sidell and Steve Valeni. It was stated to the plaintiff that he would "talk" to them about their behavior.
2) On or about august 2013, The defendant again complained about being called a black dike by Steve Valeni and Tim Bays, she reported this to supervisor Justin Drew. The plaintiff also started recording conversations with supervisors in which she complained about the harassment and name calling.
3) On or about sept. 2013, there was a machine breakdown prompting employees to stack tires. Steve Valeni ( who is well over 300 lbs an ex marine and body builder) got angry an took his aggression out on the Plaintiff, Mr. Valeni then proceeded to accost the plaintiff get right in her face, calling her a fucking cunt and saying he would break her in half. The plaintiff is 5'7 125 lbs. The plaintiff went to The supervisor Danny in tears saying she was gonna quit and that she was afraid of Valeni. two days later the plaintiff met with Valeni and human resources where he brought a note stating he had forgot to take his meds, human resources found this excuse acceptable and the plaintiff was told to learn to get along.
4) On or about sept. 2013 the stress from the harassment cause the plaintiff to start drinking. This is documented with The federal Probation dept. in Benton Illinois. The plaintiff willingly paid 92.00 an hr out of pocket to attend counseling sessions at the H group in Marion Illinois, with Susan Bennet. The plaintiff has months of counseling notes that were entered into federal court about the harassment of the Plaintiff, Federal Public defender interviewed some coworkers and got supporting statements of the harassment and bullying endured by the Plaintiff. This is on public record in Federal Court.
5) On or about May 2014 an employee found the Plaintiff facebook account where the plaintiff had posted a photo in 2012 about her offer of employment at continental tire. Her co workers caught wind of the plaintiff salary and unleased a new barrage of terrorization of the plaintiff. Steve Valeni said " there hasn't been a goddamn nigger here in 40 years" He then started telling coworkers not to "tell the dike" any info about a work activity. Tim Bays said " I can't believe they gave a nigger that much" in reference to my salary. Tim Bays would also print out job openongs from around the plant and place them on the plaintiffs work bike. Tim Bays also drew chalk drawings of a female with dreadlocks with the comments "Tray is th

Continued....

5) "the Man" (The Plaintiff is known by her nickname which is Tray)

6) On or about august, The plaintiff went to Kevin Elko and John Baker stating with the upcoming shift change she would be scheduled to work with Tim Sidell, The Plaintiff requested a meeting with Human resources and Tim Sidell and also requested that a female representative be present. The reasons given by the Plaintiff to John Baker and Kevin Elko was that the Plaintiff was afraid for her safety and did not wish to work with Tim Sidell without having That meeting first. That meeting never came to fruition and repeated please from the plaintiff.

7) on or about august 2014 the plaintiff also complained about the repeated use of the word nigger by her coworkers she reported this to Johns Baker and Kevin Elko and was told that they were inverstigating and that she just had to get along with Tim Sidell and her coworkers

8) the plaintiff maintained a diary of these incidents down to the the date time and clothes that her coworkers were wearing at the time of the harrassment, The plaintiff can also provide pictures that were drawn, Notes that were left, and recorded conversations with supervisors, with the plaintiff in tears complaining about the harassment. Also the plaintiff has a witness list of people formerly and currently employed that witnessed the harasment.

## V. RELIEF YOU REQUEST

Based on the foregoing, Plaintiff seeks the following relief: (check below what you want the court to do for you – make as many checks as you like, and use additional sheets, if necessary).

- [ ] An award of back pay
- [ ] Reinstatement to Plaintiff's old position
- [ ] Costs of suit (but not attorney fees)
- [x] An award of money damages
- [ ] Other (explain below)

Signed on: 6/1/2016
(date)

3216 Ashland Ave
Street Address

Knoxville Tn, 37914
City, State, Zip

Signature of Petitioner

Arlinda Johns
Printed Name

Signature of Attorney (if any)

JS 44 (Rev. 11/15)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Arlinda Johns

## DEFENDANTS
Continental Tires the Americas

**(b)** County of Residence of First Listed Plaintiff: knox, tn
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: jefferson county
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*
Kim L. Kretzschmar, Senior Counsel
Continental
One Continental Drive Auburn Hills Mi, 48326

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**TORTS — PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

**TORTS — PERSONAL INJURY**
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**CIVIL RIGHTS**
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☒ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

**PRISONER PETITIONS — Habeas Corpus:**
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty

**Other:**
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Title 42, USC sect. 2000(e)

Brief description of cause:
Discrimination and Harassment in the workplace

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

**DATE** 6/1/16

**SIGNATURE OF ATTORNEY OF RECORD**
Arlinda Johns pro see

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

FROM:
Arlinda Johns
3216 Ashland ave
Knoxville TN, 37914

TO:
Clerk of the Court, Civil Claims
U.S. District Court
301 W. ~~Booteg~~ Main St.
Benton IL,
62812

MAIL CLEARED
US MARSHALS

UNITED STATES POSTAL SERVICE.

Retail

F

US POSTAGE PAID
$3.40

Origin: 37902
Destination: 62812
0 Lb 7.20 Oz
Jun 01, 16
4746380901-29

1000

USPS FIRST-CLASS MAIL ®

C006

USPS TRACKING NUMBER

9500 1158 5732 6153 0131 17